# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARK NEMETH,<br><br>    Plaintiff(s),<br><br>v.<br><br>CLARK COUNTY PUBLIC DEFENDER OFFICE, et al.,<br><br>    Defendant(s). | Case No. 2:22-cv-00987-APG-NJK<br><br>**ORDER**<br><br>[Docket No. 1] |

Pending before the Court is Plaintiff's application to proceed *in forma pauperis*. Docket No. 1. In cases brought by prisoners, courts generally require the initial payment of a partial filing fee. *See* 28 U.S.C. § 1915(b)(1). In this case, however, no partial filing fee is required given Plaintiff's lack of funds. *See* Docket No. 1 at 4. As such, the Court will grant the application to proceed *in forma pauperis* without requiring a partial payment.[1]

Accordingly, **IT IS ORDERED:**

1. Plaintiff's application to proceed *in forma pauperis* (Docket No. 1) without having to prepay the filing fee is **GRANTED**.

2. Plaintiff is permitted to maintain this action to conclusion without the necessity of prepayment of any additional fees or costs or the giving of security therefor. This Order granting *in forma pauperis* status shall not extend to the issuance and/or service of subpoenas at government expense.

3. The Clerk shall send a copy of this Order to the attention of the inmate accounts department at Clark County Detention Center, 330 S. Casino Center Blvd., Las Vegas, Nevada

---

[1] The Court will separately screen Plaintiff's complaint as required by 28 U.S.C. § 1915.

1

89101. Pursuant to 28 U.S.C. § 1915(b)(2), Clark County Detention Center shall forward to the Clerk of the United States District Court, District of Nevada, twenty percent of the preceding month's deposits to Plaintiff's inmate trust account (in the months that the account exceeds $10.00) until the full $350 filing fee has been paid for this action.

        4.      The Clerk's Office must provide a copy of this Order to the Finance Division of the Clerk's Office.

        IT IS SO ORDERED.

        Dated: July 19, 2022

_____
Nancy J. Koppe
United States Magistrate Judge