UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARK NEMETH, | Case No.: 2:22-cv-00987-APG-NJK |
| Plaintiff | **Order Accepting Report and Recommendation and Dismissing Case** |
| v. | |
| CLARK COUNTY PUBLIC DEFENDER OFFICE, et al., | [ECF No. 4] |
| Defendants | |

On July 19, 2022, Magistrate Judge Koppe recommended that I dismiss this case because plaintiff Mark Nemeth's complaint failed to state a claim and amendment would be futile. ECF No. 4. Nemeth did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Koppe's report and recommendation **(ECF No. 4) is accepted**, and plaintiff Mark Nemeth's complaint is DISMISSED without prejudice. The clerk of court is instructed to close this case.

DATED this 9th day of August, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE